# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DIAZ MORENO<br><br>　　　　Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC.; UNIVERSAL MUSIC GROUP DISTRIBUTION CORP.; and DOES 1 to 5,<br><br>　　　　Defendants.<br><br>―――――――――――――<br><br>UMG RECORDINGS, INC. and UNIVERSAL MUSIC GROUP DISTRIBUTION CORP.,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>GILBERTO DIAZ MORENO,<br><br>　　　　Counterclaim Defendant. | **CASE NO. CV 13-02879-SVW (PLAx)**<br><br>[Assigned to the Honorable Stephen V. Wilson]<br><br>**DEFENDANTS' JUDGMENT**<br><br>Action Filed:   April 24, 2013 |

# [PROPOSED] JUDGMENT

For good cause showing, the Court entered judgment in favor of Defendants UMG Recordings, Inc. and Universal Music Group Distribution Corp. ("Defendants") against Plaintiff Gilberto Diaz Moreno ("Plaintiff") on the following grounds:

**First, Second and Third Claims For Relief**

1. Plaintiff has not raised a genuine issue of material fact with respect to a likelihood of confusion.

**Fourth Claim For Relief**

1. Plaintiff has not raised a genuine issue of material fact with respect to a likelihood of dilution.

**IT IS HEREBY ORDERED**

DATED: May 9, 2014

_____
HON. STEPHEN V. WILSON
United States District Court Judge

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

180845.1

1
DEFENDANTS' JUDGMENT