MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DIAZ MORENO,<br><br>     Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC.; UNIVERSAL MUSIC GROUP DISTRIBUTION CORP.; and DOES 1 to 5,<br><br>     Defendants.<br><br>UMG RECORDINGS, INC. and UNIVERSAL MUSIC GROUP DISTRIBUTION CORP.,<br><br>     Counterclaimants,<br><br>v.<br><br>GILBERTO DIAZ MORENO,<br><br>     Counterclaim Defendant. | **CASE NO. CV 13-02879-SVW (PLAx)**<br><br>[Assigned to the Honorable Stephen V. Wilson]<br><br>**COUNTERCLAIMANTS' JUDGMENT**<br><br>Action Filed:   April 24, 2013 |

For good cause shown, the Court enters judgment in favor of Counterclaimants UMG Recordings, Inc. and Universal Music Group Distribution Corp. on their Claim For Relief for Cancellation of Trademark No. 3,821,709, registered by Counterclaim Defendant Gilberto Diaz Moreno ("Counterclaim Defendant"), on the grounds that:

1. Counterclaim Defendant has not raised a genuine issue of material fact with respect to his use of the mark in commerce.

**IT IS HEREBY ORDERED** that Trademark No. 3,821,709 is cancelled.

DATED: May 9, 2014

HON. STEPHEN V. WILSON
United States District Court Judge